UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON EDWARDS, )<br>   Plaintiff, )<br> )<br>vs. )<br> )<br>SANGAMON COUNTY JAIL, )<br>   Defendant ) | Case No. 22-3154 |

MERIT REVIEW ORDER

JAMES E. SHADID, U.S. District Judge:

This cause is before the Court for merit review of the Plaintiff's complaint. The Court is required by 28 U.S.C. §1915A to "screen" the Plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C. §1915A.

Plaintiff, a *pro se* prisoner, submitted a letter with exhibits which was filed as a complaint pursuant to 42 U.S.C.§1983. [1]; *see also Bahler v Lopez*, 2007 WL 1375924 (7th Cir. May 10, 2007)(clerk may not refuse pro se plaintiff's initial submission, a letter, for failing to follow Fed. R. Civ. P. 8). Plaintiff also filed a motion to proceed *in forma pauperis*. [3].

Plaintiff has not identified any specific Defendants. Instead, he says someone entered his cell, stole paperwork, and filed a Motion for Voluntary Dismissal in one of his cases. It is difficult to decipher the remainder of Plaintiff's claim.

1

Plaintiff has attached a copy of the docket in *Edwards v Anthony*, Case No. 22-391, a lawsuit filed in the Southern District of Mississippi. On July 25, 2022, a Notice of Voluntary Dismissal was filled, the last entry in the provided docket.

Plaintiff filed his complaint in the case at bar on August 11, 2022.

The Court takes judicial notice of *Edwards v Anthony*, Case No. 22-391 and notes it was dismissed on September 23, 2022. However, the Court cannot determine if the notice of voluntary dismissal was the basis of the dismissal.

If Plaintiff wishes to pursue this lawsuit, he must clarify his claim and defendant. For instance, Plaintiff must identify a Defendant. Who does Plaintiff believe took the voluntary dismissal form from his cell? Does Plaintiff believe any Sangamon County Jail employee was involved or responsible for either taking the document or filing the motion to dismiss in Plaintiff's case? Why was *Edwards v. Anthony*, Case No. 22-391, ultimately dismissed? Did Plaintiff inform the Court he did not file the Motion to Dismiss? Did Plaintiff file a grievance at the jail complaining about the incident?

Plaintiff also mentions his mail, but it is unclear if he was intended to state a claim related to his mail. If so, Plaintiff must identify a Defendant or Defendants and explain what actions they took in violation of his constitutional rights.

The Court cannot interpret Plaintiff's intended claim from the document provided, nor can this case proceed without identifying a Defendant by name or specific description. Therefore, the Court must dismiss Plaintiff's complaint.

If Plaintiff believes he can articulate a claim and identify a Defendant, he may file an amended complaint within 21 days of this order. Plaintiff should answer the

questions posed in this order and should use the complaint form provided. The amended complaint must stand complete on its own, include all claims and defendants, and must not refer to any previous filing.

IT IS THEREFORE ORDERED:

1) Based on the merit review of Plaintiff's complaint, this case is dismissed as a violation of Rule 8 of the Federal Rules of Civil Procedure and for failure to articulate a claim upon which relief can be granted.

2) If Plaintiff believes he can articulate a constitutional violation, he must file a proposed amended complaint in compliance with this order on or before November 28, 2022. If Plaintiff fails to file his amended complaint by the deadline or fails to follow the Court's directions, his case will be dismissed. Plaintiff should use the complaint form provided.

3). The Clerk of the Court is to reset the internal merit review deadline within 30 days and provide Plaintiff with a blank complaint form.

Entered this 4th day of November, 2022.

s/James E. Shadid

_____
JAMES E. SHADID
UNITED STATES DISTRICT JUDGE